IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal Action No. |
| v. | ) | 05-00394-01-CR-W-FJG |
| | ) | |
| LEMONT AMOS, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On November 1, 2005, the Grand Jury returned a one count indictment against defendant Lemont D. Amos. The indictment charges that on or about September, 2005, defendant Amos, having been convicted of crimes punishable by imprisonment for terms exceeding one year, knowingly possess, in and affecting commerce, a firearm, to wit: a Smith and Wesson, .38 caliber revolver, Serial Number 490102, which had been transported in interstate commerce.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: David Barnes
    Case Agent: TFO Darrell Reach
    Defense:    Dan Ross and Ray Sousley

**OUTSTANDING MOTIONS**: None

**TRIAL WITNESSES**:
    Government:   5 witnesses with stipulations
    Defendant:    4   witnesses, defendant may testify

**TRIAL EXHIBITS**:
    Government:    12  exhibits
    Defendant:     10   exhibits

**DEFENSES**: general denial

**POSSIBLE DISPOSITION**:
    (X) Definitely for trial  ( ) Possibly for trial   ( ) Likely a plea will be worked out

**TRIAL TIME:   1 ½- 2  days**
    Government's case including jury selection: 1- 1 ½ days
    Defense case: ½  day or less

**STIPULATIONS**: The parties have signed stipulations with respect to the interstate nexus of the firearm and vehicle registration.  The parties are working on a stipulation with respect to defendant's conviction record.

**UNUSUAL QUESTIONS OF LAW: None**

**FILING DEADLINES:**

    **Witness and Exhibit List:** To be filed on Friday prior to the Pretrial Conference
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions:  Noon, Wednesday, May 17, 2006**
    **Please Note**:  Jury instructions must comply with Local Rule 51.1.

    **Motions in Limine:** None planned.

**TRIAL SETTING**:   This case is set on the May 22, 2006 Joint Criminal Jury Trial Docket.
    **Please Note**: The parties would prefer the second week of the docket.  If it is set the first week, it would need to be set after Monday.  One of the government's witnesses is not available until Tuesday.

**IT IS SO ORDERED.**

                                               */s/ Sarah W. Hays*
                                                SARAH W. HAYS
                                      UNITED STATES MAGISTRATE JUDGE