# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 05-0394-01-CR-W-FJG |
| Lemont D. Amos, | ) | |
| Defendant. | ) | |

## ORDER

Defendant's motion for judgment of acquittal, or in the alternative for new trial (Doc. #56), filed July 7, 2006, is denied for the reasons set forth in the government's response (Doc. #63), filed August 8, 2006.

/s/Fernando J. Gaitan, Jr.
Fernando J. Gaitan, Jr.
United States District Judge

Dated: October 13, 2006
Kansas City, Missouri